IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAYTON EDWARD TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-663-BMJ ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Bernard M. Jones entered October 7, 2019 [Doc. No. 6]. Judge Jones recommended that the Court deny Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* [Doc Nos. 2 and 5] and recommended that if Plaintiff did not pay the $400.00 filing fee in full that this action be dismissed without prejudice. A review of the Court's Docket indicates that Plaintiff paid the full $400.00 filing fee on October 10, 2019.

Therefore, the Court adopts the Report and Recommendation [Doc. No. 6].

IT IS SO ORDERED this 10th day of October, 2019.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE